IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHARMANE SMITH,<br><br>                Plaintiff,<br>v.<br><br>INDEPENDENCE UNIVERSITY,<br><br>                Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:17-cv-1074<br><br>District Judge Dale A. Kimball |

      This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Brooke Wells under 28 U.S.C. § 636(b)(1)(B). On April 23, 2018, Magistrate Judge Wells issued a Report and Recommendation, recommending that the court dismiss this action for failure to state a claim upon which relief may be granted. (Dkt. No. 5).

      The Report and Recommendation notified the parties that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it. As of the date of this Order, which is well past the time for filing objections, the court has not received any objections to the Report and Recommendation.

      A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court. *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b). The court has reviewed the record *de novo* with respect to the present motions. After conducting a *de novo* review of the record with respect to the pending motions, the court finds no basis for reversing or modifying the Report and Recommendation. Accordingly, Magistrate Judge Wells' April 23, 2018 Report and Recommendation is hereby affirmed and adopted in its entirety as the Order of this court. Therefore, Plaintiff's Complaint is dismissed with prejudice.

Dated this 15th day of May, 2018.

                        BY THE COURT:

                        _____
                        DALE A. KIMBALL,
                        United States District Judge